No. 769. CALIFORNIA Co. *v.* KUCHENIG. C. A. 5th Cir. Certiorari denied. *Lawrence K. Benson* for petitioner.

No. 790. SIGNAL MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Maurice Epstein* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Warren M. Davison* for respondent.

No. 798. KING *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Orie Seltzer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 34. FRANKEL ET AL. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 35. J. RAY MCDERMOTT & Co., INC. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 36. SUPERIOR OIL Co. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 5th Cir. Motion of United Gas Pipe Line Co. to be added as a party respondent in No. 36 granted. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion and these petitions. *H. H. Hillyer, Jr.,* for petitioners in Nos. 34 and 35. *Murray Christian, Herbert W. Varner* and *R. B. Voight* for petitioner in No. 36. *Solicitor General Cox, Richard A. Solomon, Howard A. Wahrenbrock* and *Josephine H. Klein* for the Federal Power Commission, respondent in all cases. *Kent H. Brown* and *Morton L. Simons* for Public Service Commission of New York, respondent in Nos. 34 and 35. *Vernon W. Woods* and *Saunders Gregg* for United Gas Pipe Line Co., respondent in No. 36. Reported below: 335 F. 2d 1004.